Opinion by LAWRENCE, J.  It was stipulated that the items of merchandise marked "A" or "B" on the invoices consist of watch movements similar in all material respects to those which were the subject of *United States* v. *Helbros Watch Co. et al.* (38 C. C. P. A. 1, C. A. D. 430).  Upon the agreed statement of facts and the cited authority, the items marked "A" were held properly dutiable at the base rate of 90 cents each as watch movements more than 1 inch but less than 1.77 inches wide, and the items marked "B" were held dutiable at $1.20 each as watch movements more than $\frac{9}{10}$ of 1 inch but not more than 1 inch wide under paragraph 367 (a) (1), as modified, *supra.*

**No. 54947.**—Andrew Fisher Cycle Co., Inc. *v.* United States, protest 153328–K (New York).

Opinion by LAWRENCE, J.  The protest was dismissed.

**No. 54948.**—Artisan Products Import, Ltd. *v.* United States, protest 155162–K (New York).

Opinion by LAWRENCE, J.  The protest was dismissed.

**No. 54949.**—Reitmann-Pilcer Co. *v.* United States, protest 160173–K (New York).

Opinion by LAWRENCE, J.  The protest was dismissed.

**No. 54950.**—Interatlantic Trading Corporation *v.* United States, protest 161160–K (New York).

Opinion by LAWRENCE, J.  The protest was dismissed.

BEFORE THE THIRD DIVISION, DECEMBER 7, 1950

**No. 54951.**—General Hide & Skin Corp. *v.* United States, protests 66361–K and 92284–K (New York).

Opinion by EKWALL, J.  It was stipulated that the issue herein is the same in all material respects as that presented in *The Otto Gerdau Co.* v. *United States* (21 Cust. Ct. 24, C. D. 1120) and *Mamary Bros., Inc.* v. *United States* (id. 135, C. D. 1142).  In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on entries 67467 and 819098.

**No. 54952.**—Alpine Leather Co. et al. *v.* United States, protests 125404–K, etc. (New York).

Opinion by EKWALL, J. It was stipulated that the Federal Reserve bank certified dual rates of exchange for the currencies involved in the liquidation of the entries for the dates of exportation of the merchandise covered by the entries and that the circumstances relating to the liquidation of the said entries are similar in all material respects to those in Abstract 54732. In view of this stipulation and following the cited decision it was held that the currencies of the invoices covered by certain enumerated entries should have been converted in the manner directed by the judgment of this court in said Abstract 54732, in accordance with Bureau of Customs Circular Letter No. 2675, dated October 19, 1949.

**No. 54953.**—Samuel Ehrman & Co., Inc., et al. v. United States, protests 152483–K, etc. (New York).

Opinion by EKWALL, J. It was stipulated that the Federal Reserve bank certified dual rates of exchange for the currencies involved in the liquidation of the entries for the dates of exportation of the merchandise covered by the entries and that the circumstances relating to the liquidation of the said entries are similar in all material respects to those in Abstract 54732. In view of this stipulation and following the cited decision it was held that the currencies of the invoices covered by certain enumerated entries should have been converted in the manner directed by the judgment of this court in said Abstract 54732, in accordance with Bureau of Customs Circular Letter No. 2675, dated October 19, 1949.

**No. 54954.**—Edelson & Sons, Inc., et al. v. United States, protests 117979–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54955.**—Cuban American Products Co., Inc., et al. v. United States, protests 130912–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54956.**—Abels Wasserberg & Co., Inc., et al. v. United States, protests 148294–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54957.**—American Oak Preserving Co. et al. v. United States, protests 154795–K, etc. (New York).

Opinion by JOHNSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.